Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

08 MAY 20 PM 1:06

SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL                          DEPUTY

OUTERBRIDGE ACCESS ASSOCIATION, SUING ON
BEHALF OF DIANE CROSS; and DIANE CROSS, An
Individual,

                Plaintiffs,

    v.

FRY'S ELECTRONICS, INC. d.b.a. FRY'S ELECTRONICS;
LOST CONTINENT, L.P.; AND DOES 1 THROUGH 10,
Inclusive,

                Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0894 JLS NLS

TO: (Name and Address of Defendant)


      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.,
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave, 410, San Diego, California 92103
Telephone: (619) 858-3671; Facsimile: (619) 858-3646

    An answer to the complaint which is herewith served upon you, within __20__ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.


W. Samuel Hamrick, Jr.

5/20/08

B. LLOYD

CLERK

DATE

By Deputy Clerk

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5,1999(11:34am)