| | |
|---|---|
| 1 | Alfred M. De La Cruz, Esq. (State Bar No. 151388)<br>**MANNING & MARDER** |
| 2 | **KASS, ELLROD, RAMIREZ LLP**<br>550 West "C" Street, Suite 1900 |
| 3 | San Diego, California 92101<br>Telephone: (619) 515-0269 |
| 4 | Facsimile: (619) 515-0268<br>amd@mmker.com |
| 5 | |
| 6 | Attorneys for Defendant<br>FRY'S ELECTRONICS, INC.<br>d.b.a. FRY'S ELECTRONICS |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OUTERBRIGE ACCESS ASSOCIATION SUING ON BEHALF OF DIANE CROSS AND ITS MEMBERS; and DIANE CROSS, an Individual, | ) ) ) ) | **CASE NO.: O8 CV 0894 JLS NLS**<br><br>**CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) | |
| vs. | ) | |
| FRY'S ELECTRONICS, INC. d.b.a. FRY'S ELECTRONICS; LOST CONTINENT, L.P.; AND DOES 1 THROUGH 10, Inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

I hereby certify that on June 20, 2008, I caused the following documents:

      1.    **ANSWER OF FRY'S ELECTRONICS, INC. D.B.A. FRY'S ELECTRONICS; DEMAND FOR JURY TRIAL**

-1-

1 to be filed electronically through the Court's CM/ECF system, which will send
2 notification of such filing to:
3    TheodorePinnock@PinnockWakefieldLaw.com

6 DATED: June 20, 2008                    **MANNING & MARDER**
                                          **KASS, ELLROD, RAMIREZ LLP**

8                                         By:   */s/ Alfred M. De La Cruz*
                                                Alfred M. De La Cruz
9                                               Attorneys for Defendant
                                          FRY'S ELECTRONICS, INC.
10                                        d.b.a. FRY'S ELECTRONICS

-2-

O8 CV 0894 JLS NLS