Alfred M. De La Cruz, Esq. (State Bar No. 151388)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
550 West "C" Street, Suite 1900
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
amd@mmker.com

Attorneys for Defendant
THE LOST CONTINENT, L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OUTERBRIGE ACCESS ASSOCIATION SUING ON BEHALF OF DIANE CROSS AND ITS MEMBERS; and DIANE CROSS, an Individual,

Plaintiffs,

vs.

FRY'S ELECTRONICS, INC. d.b.a. FRY'S ELECTRONICS; LOST CONTINENT, L.P.; AND DOES 1 THROUGH 10, Inclusive,

Defendants.

**CASE NO.: O8 CV 0894 JLS NLS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, I caused the following documents:

1. **ANSWER OF THE LOST CONTINENT, L.P.; DEMAND FOR JURY TRIAL**

to be filed electronically through the Court's CM/ECF system, which will send notification of such filing to:

TheodorePinnock@PinnockWakefieldLaw.com

DATED: July 9, 2008

**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**

By: */s/ Alfred M. De La Cruz*
Alfred M. De La Cruz
Attorneys for Defendant
THE LOST CONTINENT, L.P.